**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL AGUILAR,<br><br>            Plaintiff,<br><br>    vs.<br><br>IMPACT LENDING GROUP, BANK OF AMERICA, CONQUEST AMERICA, RECONTRUST COMPANY, BAC HOMELOAN SERVICING, and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>_____ | Case No.: CV 09-8826 DSF (PLAx)<br><br>JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed and Plaintiff having failed to amend his complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 2/23/10

_____
Dale S. Fischer
United States District Judge